*ton* and *William J. Hughes, Jr.* for petitioners.   *William M. Acton* for respondents.

No. 454, Misc.   MARTINEZ *v.* CALIFORNIA.   District Court of Appeal, First Appellate District, of California. Certiorari denied.   *Elizabeth Cassidy* for petitioner.

No. 480, Misc.   AGNEW *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 490, Misc.   COYLE *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 537, Misc.   COUTURE *v.* SMITH, SUPERINTENDENT. Supreme Court of Washington.   Certiorari denied.

No. 550, Misc.   MORANT *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 554, Misc.   FRANKLIN *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 560, Misc.   WAKAT *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 565, Misc.   TWITTY *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 566, Misc.   CROWLEY *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.